Dear Clerk,

80,336-03,04

03-24-15

    Can you please let me know if both cause numbers were filed and what are the Writ #'s I only recieved one post card. Also can you let me know if findings of facts and conclusions of law were filed because the clerk didnt send me any. I am enclosing a S.A.S.E for your convience. Thank you for your time.

Respectfully,

David Cruz

RECEIVED IN
COURT OF CRIMINAL APPEALS

MAR 26 2015

Abel Acosta, Clerk